**Drew John MONAHAN, Petitioner— Appellant,**

v.

**Stan BURTT, Warden, Lieber Correctional Institution, Respondent—Appellee.**

**No. 07–7547.**

United States Court of Appeals, Fourth Circuit.

Submitted: April 24, 2008.

Decided: April 28, 2008.

Drew John Monahan, Appellant Pro Se. Melody Jane Brown, Office of the Attorney General of South Carolina, Columbia, South Carolina, for Appellee.

Before KING and SHEDD, Circuit Judges, and WILKINS, Senior Circuit Judge.

PER CURIAM:

Drew John Monahan seeks to appeal the district court's orders accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2254 (2000) petition, and denying his motion for reconsideration. The orders are not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). A prisoner satisfies this standard by demonstrating that reasonable jurists would find that any assessment of the constitutional claims by the district court is debatable or wrong and that any dispositive procedural ruling by the district court is likewise debatable. *Miller–El v. Cockrell,* 537 U.S. 322, 336–38, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003); *Slack v. McDaniel,* 529 U.S. 473, 484, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000); *Rose v. Lee,* 252 F.3d 676, 683–84 (4th Cir.2001). We have independently reviewed the record and conclude that Monahan has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials be-

fore the court and argument would not aid the decisional process.

*DISMISSED.*